UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
---------------------------------------------------------------------------x

ANDRE BATTLE, on behalf of herself and all others
similarly situated,                                             Civil Action No:
                                                               1:25-cv-02334

                                        Plaintiff,

        -v.-

Crystal of America, Inc.,

                                        Defendants.
---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

        Please take notice that the parties have settled the above-referenced case. This

settlement is contingent upon the execution of a written settlement agreement.  The Parties

respectfully request sixty (60) days to finalize the settlement documents and file the proper

Joint Stipulation of Dismissal with Prejudice. Please vacate all currently scheduled dates in

this matter.


 Dated: May 21, 2025                              Respectfully Submitted,

                                                  /s/ Uri Horowitz, Esq.
                                                 Uri Horowitz, Esq.
                                                 **Horowitz Law, PLLC**
                                                 144-41 70th Road
                                                 Flushing, NY 11367
                                                 uri@horowitzlawpllc.com
                                                 Tel. (718) 705-8700
                                                 Fax (718) 705-8705
                                                 *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was electronically filed on

May 21, 2025 with the Clerk of Court using the CM/ECF system which will automatically send

email notification of such filing to all attorneys of record. I also emailed this Notice to all parties

who have not made an appearance in this case.

This 21st day of May, 2025          Respectfully Submitted,

                                     */s/ Uri Horowitz*
                                     Uri Horowitz, Esq.